**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Saad Moussa

      v.                                                                 Civil No. 10-cv-31-SM

New Hampshire State Prison, Warden

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

The attachments to document no. [3] Petitioner's Motion for Appointment of Counsel in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments to doc. no. [3] Motion for Appointment of Counsel.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to doc. no. [3] Motion for Appointment of Counsel, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

Date: January 29, 2010                         /s/Justo Arenas
                                                         United States Magistrate Judge

cc:     Saad Moussa, pro se